## (December 7, 1967)

■ TOWN BOARD OF THE TOWN OF FALLSBURGH, Respondent, v. NATIONAL SURETY CORP. et al., Appellants. NATIONAL SURETY CORP., Third-Party Plaintiff, v. IVAN STRAUSS et al., Doing Business as S&S CONSTRUCTION COMPANY, et al., Third-Party Defendants.— Motion to dismiss appeal granted, without costs. (See *James* v. *Powell*, 24 A D 2d 428.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.